UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-10637 |
| | | CHAPTER 13 |
| BRENDA K. ARGO | | |
| | : | JUDGE BURTON PERLMAN |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916581 | $35.82 |

Creditor(s)
Recovery Solutions Corp.
6625 Dixie Highway
Suite W
Fairfield, Ohio 45014


    Respectfully submitted,

/s/  Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org
cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Creditor

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, February 24, 2010.

                      /s/    Margaret A. Burks, Esq.
                              Margaret A. Burks, Esq.

Recovery Solutions Corp.  
6625 Dixie Highway  
Suite W  
Fairfield, Ohio 45014

Debtor(s) Counsel  
ZEGARSKI & ICE CO., L.P.A.  
700 WALNUT STREET  
SUITE 202  
CINCINNATI, OH  45202

Debtor(s)  
BRENDA K. ARGO  
3523 BANNING ROAD  
CINCINNATI, OH  45239

U.S. TRUSTEE  
36 EAST SEVENTH STREET, SUITE 2030  
CINCINNATI, OHIO 45202  
 (service waived)